THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA LEAH JACKSON,<br><br>                Plaintiff,<br>     v.<br><br>FEDERAL WAY POLICE DEPARTMENT, *et al.*,<br><br>               Defendants. | CASE NO. C24-0095-JCC<br><br>ORDER |

This matter comes before the Court *sua sponte*. Plaintiff, proceeding *pro se*, filed an application to proceed *in forma pauperis* ("IFP"). (Dkt. No. 1.) On January 25, 2024, the Honorable Brian A. Tsuchida, U.S. Magistrate Judge, granted Plaintiff's application. (Dkt. No. 4.) A complaint filed by any person seeking to proceed IFP pursuant to 28 U.S.C. § 1915(a) is subject to *sua sponte* review and dismissal by the Court "at any time" to the extent it is "frivolous, malicious, fail[s] to state a claim upon which relief may be granted, or seek[s] monetary relief from a defendant immune from such relief." 28 U.S.C. § 1915(e)(2)(B); *Calhoun v. Stahl*, 254 F.3d 845, 845 (9th Cir. 2001).

Federal Rule of Civil Procedure 8(a)(2) requires only "a short and plain statement of the claim showing that the pleader is entitled to relief." However, to avoid dismissal, a complaint must contain sufficient factual matter, accepted as true, to state a claim for relief that is plausible on its face. *Ashcroft v. Iqbal*, 556 U.S. 662, 664 (2009). Sufficient factual allegations must "raise

ORDER
C24-0095-JCC
PAGE - 1

a right to relief above the speculative level." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007).

Even in applying the Ninth Circuit's directive to construe *pro se* complaints liberally, the Court cannot find that Plaintiff has stated a claim upon which relief can be granted. *See Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010). Not only does Plaintiff's complaint fail to comply with Rule 8, but it also fails to contain a "short" or "plain statement" of the grounds for this Court's jurisdiction. Fed. R. Civ. P. 8.

For these reasons, and pursuant to 28 U.S.C. § 1915(e)(2), Plaintiff's complaint (Dkt. No. 5) is DISMISSED without prejudice.

DATED this 25th day of January 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE